IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRENDA CARMICHAEL,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-v-<br><br>CONVERGENT OUTSOURCING INC.,<br><br>　　　　　　　　　Defendant. | Civil Case Number:  3:21-cv-10514-MAS-DEA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:　　　　September 29, 2021

| | |
|---|---|
| /s/ Yitzchak Zelman<br>Yitzchak Zelman, Esq.<br>MARCUS & ZELMAN, LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>Tel: (732) 695-3282<br>Email: yzelman@marcuszelman.com<br><br>*Attorneys for Plaintiff*<br>*Brenda Carmichael* | /s/ Aaron Raphael Easley<br>Aaron Raphael Easley, Esq.<br>SESSIONS, ISRAEL & SHARTLE, LLC<br>3 Cross Creek Drive<br>Flemington, NJ 08822<br>Tel: (908) 237-1660<br>Email:<br><br>*Attorneys for Defendant*<br>*Convergent Outsourcing, Inc.* |

So Ordered this 30th day of September 2021.

_____
Hon. Michael A. Shipp, U.S.D.J.